UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| John Austin Chatman,<br><br>    Plaintiff<br><br>v.<br><br>Lewis Operating Corporation,<br><br>    Defendant | 2:15-cv-01485-JAD-VCF<br><br>**Order Adopting Report and Recommendation and Dismissing Case**<br>**[ECF 2]** |

On August 17, 2015, Magistrate Judge Cam Ferenbach denied plaintiff John Austin Chatman's application to proceed *in forma pauperis* because his application revealed that he had $900.00 in monthly discretionary funds. ECF 2 at 2. Judge Ferenbach also recommended that I dismiss Chatman's complaint because his allegations do not support a finding of subject-matter jurisdiction. *Id.* Objections were due by August 31, 2015.

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Chatman has filed no objections. Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Ferenbach's Report and Recommendation **[ECF 2]** is **ACCEPTED** and his findings and conclusions are **ADOPTED**;

It is further ORDERED that plaintiff's complaint is **DISMISSED**. The Clerk of Court is instructed to CLOSE THIS CASE.

Dated this 8th day of September, 2015

_____
Jennifer A. Dorsey
United States District Judge